UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE VERSIE, ET AL.**                                                             **PLAINTIFFS**

**VS..**                     **CASE NO. 3:04CV00007 JMM**

**DONALD JONES CONSTRUCTION**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's Arkansas Civil Rights Act and 42 U.S.C. § § 1981 and 1982 claims be, and are hereby, dismissed without prejudice.

IT IS SO ORDERED this __11__ day of August, 2005.

                                                                            James M. Moody
                                                                            United States District Court